PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00428-LJO |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT [FED. R. CRIM. PROC. 48(a)] |
| v. | |
| XIONG THAO, and KEVIN TONGVANH, | |
| Defendants. | |

Comes now the United States, by and through its attorneys of record, PHILLIP A. TALBERT, United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the Court to dismiss the Indictment in this case as to the above-named defendants without prejudice in the interest of justice. This request is made because the defendants are fugitives and have not been located by law enforcement in the period since the Indictment was filed.

The government further requests that the arrest warrant for each defendant be recalled by the Court.

Dated: January 6, 2017                    PHILLIP A. TALBERT
                                          United States Attorney


                                       By: /s/ LAUREL J. MONTOYA
                                           LAUREL J. MONTOYA
                                           Assistant United States Attorney

///

MOTION TO DISMISS INDICTMENT; ORDER                    1

**ORDER**

IT IS SO ORDERED that the Indictment be dismissed without prejudice as to defendant XIONG THAO and defendant KEVIN TONGVANH, and that the arrest warrants be recalled.

IT IS SO ORDERED.

Dated:   **January 9, 2017**               /s/ Lawrence J. O'Neill
                                                             UNITED STATES CHIEF DISTRICT JUDGE